

FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0422

DEC 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION
OF MARCUS M. KERNER

O R D E R

Marcus M. Kerner has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Kerner initially passed the MPRE in 1982 and was thereafter admitted to the practice of law in the State of California. He practiced 36 years as an Assistant United States Attorney, retired in 2019, and now resides in Montana. His affidavit states he has "never been disbarred or suspended for any reason from the practice of law in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Marcus M. Kerner to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 15th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices